IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
RAMESHBHAI PATEL, et al.,     )
                              )
    Plaintiffs,               )
                              )
                              )    CIVIL ACTION NO.
    v.                        )      3:15cv829-MHT
                              )          (WO)
JAMES O. AMONETT,             )
                              )
    Defendant.                )

VINODKUMAR PATEL,             )
individually and on behalf    )
of minor child S.V.P., and    )
JYOTSNA PATEL,                )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      3:15cv830-MHT
                              )          (WO)
JAMES O. AMONETT,             )
                              )
    Defendant.                )
```

JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Vinodkumar Patel, on behalf of minor child S.V.P., shall have and recover the aggregate sum

of $ 23,500.00 from defendant James O. Amonett. Payment shall be made to the Trust Account of Emmanuel, Sheppard & Condon, with said proceeds to be distributed as follows:

    (a) The sum of $ 7,000.00 to Allstate Insurance Company for payments made on behalf of S.V.P.

    (b) The sum of $ 4,108.50 to Baptist Medical Center for outstanding charges for the medical treatment of S.V.P.

    (c) The sum of $ 1,098.90 to plaintiff Vinodkumar Patel, S.V.P.'s father, for reimbursement of his payment of the charges of Care Ambulance for transport of S.V.P. on the date of the accident.

    (d) $ 6,800.00 to Emmanuel, Sheppard & Condon, for attorneys' fees.

    (e) $ 4,492.60 to plaintiff Vinodkumar Patel for the use and benefit of S.V.P.

In the event that counsel for S.V.P. is able to negotiate any subrogation claim to an amount lower than listed above, the additional saved amounts shall be

distributed to plaintiff Vinodkumar Patel for the use and benefit of S.V.P.

(2) Defendant Amonett shall pay the guardian ad litem fee of $ 1,430.00 directly to Hon. Karen Laneaux.

(3) Upon payment of the foregoing, defendant Amonett shall be fully released from any further claims by or on behalf of S.V.P. arising out of the August 2013 accident.

Furthermore, as counsel for all the remaining plaintiffs represented that all their claims in these cases have been settled, it is ORDERED that the remaining plaintiffs' motion, orally made on March 1, 2017, to dismiss all claims in these matters is granted, and, except as to judgment entered above for $ 23,500.00, these actions are dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are closed.

DONE, this the 3rd day of March, 2017.

                                                      /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**